B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  Roger O Durham  
　　　Sherry K Durham  
　　　　　　　　　　　　　Debtor(s)

Case No. _____  
Chapter　13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

　$　68.50　Check one　■ With the filing of the petition, or  
　　　　　　　　　　　　□ On or before _____

　$　68.50　on or before _____

　$　68.50　on or before _____

　$　68.50　on or before _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date　July 6, 2011　　　　　　　　　　　　Signature　/s/ Roger O Durham  
　　　　　　　　　　　　　　　　　　　　　　　　　　　Roger O Durham  
/s/ JEFFRY A. DAHLBERG　　　　　　　　　　　　　　　Debtor  
Attorney for Debtor(s)  
JEFFRY A. DAHLBERG  
Balsley & Dahlberg  
5130 North Second Street  
Loves Park, IL 61111　　　　　　　　　　　Signature　/s/ Sherry K Durham  
(815) 877-2593　　　　　　　　　　　　　　　　　　　 Sherry K Durham  
Fax: (815) 877-7965　　　　　　　　　　　　　　　　　 Joint Debtor  
www.balsleylawoffice.com